Thomas ALFIERI, Appellant,

v.

GENERAL MOTORS CORPORATION,
Appellee.

No. 103, Docket 73–1833.

United States Court of Appeals,
Second Circuit.

Argued Dec. 3, 1973.

Decided Dec. 7, 1973.

James C. Heaney, Buffalo, N. Y., for appellant.

Arnold Weiss, Buffalo, N. Y. (Raichle, Banning, Weiss & Halpern, Buffalo, N. Y., on the brief), for appellee.

Before WATERMAN and FEINBERG, Circuit Judges, and GURFEIN, District Judge.*

PER CURIAM:

Thomas Alfieri appeals from an order of the United States District Court for the Western District of New York, John T. Curtin, *J.*, granting summary judgment for defendant General Motors Corporation and dismissing Alfieri's complaint, which sought restoration of employment benefits for the 18 months during which he alleges he was wrongfully denied reemployment. We affirm, substantially for the reasons given in Judge Curtin's opinion. 367 F.Supp. 1393 (W.D.N.Y.1973).

\* Of the United States District Court for the Southern District of New York, sitting by designation.

Melvyn Monroe BROWN, Petitioner-Appellant,

v.

Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Respondent-Appellee.

No. 73–3665
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 19, 1974.

John R. Lawson, Jr., Tampa, Fla. (Court-appointed), for petitioner-appellant.

Robert L. Shevin, Atty. Gen., Tallahassee, Fla., Baya Harrison III, Asst. Atty. Gen., Tampa, Fla., for respondent-appellee.

Henry E. Williams, Jr., City Atty., Gerald H. Bee, Asst. City Atty., Tampa, Fla., amicus curiae for Halloway and Baker.

Before COLEMAN, DYER and RONEY, Circuit Judges.

PER CURIAM:

The sole issue in this habeas corpus appeal is the timeliness of the application for a search warrant. The District Court denied relief. This subject was fully explored in Bastida v. Henderson, [1973] 5th Cir., 487 F.2d 860. Upon the authority of *Bastida*, the judgment of the District Court is

Affirmed.

\* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.